**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Laurence HOUGHTON, a.k.a Lawrence Bradlee Houghton, Defendant–Appellant.**

No. 11–15463
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 8, 2012.

Wifredo A. Ferrer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, William T. Zloch, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Neal Gary Rosensweig, Attorney at Law, Hollywood, FL, for Defendant–Appellant.

Laurence Houghton, Coleman, FL, pro se.

Before MARCUS, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, appointed counsel for Laurence Houghton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Houghton's convictions and sentences are **AFFIRMED.**